# MINUTE ORDER

Page 9

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6                Date: 10/28/2019  Time: 2:00 p.m.

Defendant: 3) LEONARDO ANCHICO JIMENEZ   J#: 48161-018   Case #: 19-3712-MJ-OTAZO-REYES
AUSA: _____   Attorney: _____
Violation: CONSP/PWID COCAINE WHILE ON BOARD A VESSEL   Surr/Arrest Date: 10/27/2019   YOB: 1979

Proceeding: Initial Appearance   CJA Appt: David Donet ✓
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: _____
Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
- Deft advised of rights
- Deft sworn
- Court appts CJA
- Gvt req PTD

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
(PTD)/Bond Hearing:   10/31   10a   Duty   MJA
(Prelim/Arraign) or Removal:   11/12   "   "   "
Status Conference RE: _____
D.A.R. 14:11:25 / 15:28:16   Time in Court: 4 mins

s/Jacqueline Becerra
Magistrate Judge